UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KENNETH KELLY (#124085)**

**VERSUS**

**BOBBY JINDAL, ET AL.**

**CIVIL ACTION**

**NO. 15-537-JWD-RLB**

RULING

This matter comes before the Court in connection with the plaintiff's Motion for Injunction (R. Doc. 5) and the Court's Orders dated August 24, 2015 (R. Doc. 3) and November 5, 2015 (R. Doc. 7). On August 24, 2015, the Court issued an Order granting the plaintiff authorization to proceed *in forma pauperis* in this case, directing him to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $0.24, and advising that "this action shall be dismissed" should the plaintiff fail to comply with the Court's Order. (R. Doc. 3). The plaintiff failed to pay the initial partial filing fee as ordered, and on November 5, 2015 was ordered to show cause within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial filing fee. The plaintiff was further ordered to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing, savings and reserve accounts for the months of August, September, and October, 2015, and advised that failure to submit the requested information or a determination by the Court that the plaintiff had sufficient funds to make the required payment but failed to do so would result in dismissal of the plaintiff's action without further notice. The plaintiff was further advised that the Court would not address the plaintiff's pending motion for injunctive relief until after payment of the Court's initial partial filing fee or after a determination by the Court that the plaintiff should be relieved of the obligation to make such a payment. *See* R. Doc. 7.

A review of the record reveals that the plaintiff has failed to pay the initial partial filing fee or show cause, as ordered, why his Complaint should not be dismissed for failure to pay the initial partial filing fee. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion for Injunction (R. Doc. 3) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the above-captioned proceeding be **DISMISSED**, **WITHOUT PREJUDICE**, for failure of the plaintiff to pay the Court's initial partial filing fee. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 6, 2016</u>.

 

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**